UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:18-cr-20-FtM-66MRM

MIGUEL MCSWAIN

## ORDER

The United States has requested leave of Court to dismiss the Indictment pursuant to Federal Rule of Criminal Procedure 48(a). (Doc. 136.) The United States' request is **GRANTED**, and the Indictment against Defendant Miguel McSwain in the above-captioned case is **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to close the case.

**ORDERED** in Fort Myers, Florida, on October 22, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE